No. 1607, Misc. TIME, INC. *v.* BLANKE. Motion for leave to file petition for writ of certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that the motion should be granted. *Harold R. Medina, Jr.,* and *Cicero C. Sessions* on the motion.

No. 1260, Misc. WHITE *v.* PADULA ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 1198. WHITCOMB, GOVERNOR OF INDIANA *v.* CHAVIS ET AL. Appeal from D. C. S. D. Ind. Probable jurisdiction noted. *Theodore L. Sendak,* Attorney General of Indiana, *Richard C. Johnson,* Chief Deputy Attorney General, and *William F. Thompson,* Assistant Attorney General, for appellant. *James Manahan* for appellees.

No. 905. GROVE PRESS, INC., ET AL. *v.* MARYLAND STATE BOARD OF CENSORS. Appeal from Ct. App. Md. Probable jurisdiction noted. *Edward de Grazia, Nathan Lewin, Arnold M. Weiner,* and *Alan M. Dershowitz* for appellants. *Francis B. Burch,* Attorney General of Maryland, and *Thomas N. Biddison, Jr.,* Assistant Attorney General, for appellee. *Thomas R. Asher* and *Melvin L. Wulf* for American Civil Liberties Union et al. as *amici curiae* in support of appellants.